UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANDY ROLLE, on behalf of himself, FLSA
COLLECTIVE Plaintiffs, and the Class,

                    Plaintiff,

    - against -                                       **JUDGMENT**
                                                                       CV 23-631 (GRB) (AYS)
EXCELL COMMUNICATIONS, INC., and
ABEL BARBOSA

                    Defendants.
---------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on October 12, 2023, accepting Defendants' October 10, 2023 offer to allow entry of judgment against them in favor of Plaintiff in the amount of $22,500.00 to fully and finally resolve any-and-all claims under the Fair Labor Standards Act ("FLSA"), and of the $22,500, $15,000 shall be payable to h Plaintiff and $7,500.00 shall be designated as attorney's fees, it is

       **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Andy Rolle against Defendants Excell Communications, Inc., and Abel Barbosa in the amount of $22,500.00, to fully and finally resolve any-and-all claims under the FLSA, and of the $22,500 $15,000 shall be payable to Plaintiff and $7,500.00 shall be designated as attorney's fees.

Dated:  October 19, 2023
           Central Islip, New York

                                                                         BRENNA B. MAHONEY
                                                                         CLERK OF COURT

                                                    By:    /s/ James J. Toritto
                                                                         Deputy Clerk